IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MCKINLEY TULLIS, #280307, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:12cv685-TMH |
| | ) |
| WARDEN FRANK ALBRIGHT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On October 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 19).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Petitioner Lisa Tullis is DISMISSED without prejudice to afford her an opportunity to exhaust all available state court remedies.

Done this the 28th day of November  2012.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE